61 F.3d 912w
 NOTICE: Ninth Circuit Rule 36-3 provides that dispositions other than opinions or orders designated for publication are not precedential and should not be cited except when relevant under the doctrines of law of the case, res judicata, or collateral estoppel.
PROYECTO SAN PABLO; Labor Immigrant Assistance Project; John
A; John F; John T; Jane S; John M; Jane T; John G; and Jane
B, individually and on behalf of others similarly situated,
Plaintiffs-Appellees/Cross-Appellants,
v.
IMMIGRATION & NATURALIZATION SERVICE; Janet Reno,
U.S. Attorney General; James Buck, Acting
Commissioner, Immigration & Naturalization Service; Dennis
Keefe, Director, Legalization Appeals Unit; Department of
State, Defendants-Appellants/Cross-Appellees.
Nos. 91-16620, 92-15153, 92-15159.
 United States Court of Appeals, Ninth Circuit.
 Argued and Submitted Nov. 4, 1992.
Submission Withdrawn Oct. 4, 1993.
Resubmitted June 29, 1995.
Decided July 13, 1995.
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION